**Ray Gene STOUT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35404.**

Missouri Court of Appeals,
Western District.

June 26, 1984.

John Damron Smith, Columbia, for appellant.

John Ashcroft, Atty. Gen., Mark S. Siedlik, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and SHANGLER and NUGENT, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion to vacate conviction for sale of a controlled substance, Section 195.017, RSMo 1978, and sentence to fifteen years' imprisonment.

Affirmed.  Rule 84.16(b).